Carrie M. Francis (020453)
Joel E. Abrahamson (MN 0236895) (*Pro Hac Vice*)
Jennifer V. Ives (MN 0389105) (*Pro Hac Vice*)
Kristin Berger-Parker (MN 0389249) (*Pro Hac Vice*)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: carrie.francis@stinson.com
joel.abrahamson@stinson.com
jennifer.ives@stinson.com
kristin.parker@stinson.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Brandy Williams, | Case No. 15-cv-01744-PHX-DJH |
|---|---|
| Plaintiff, | **DEFENDANT G&K SERVICES, INC.'S NOTICE OF SERVICE OF OFFER OF JUDGMENT TO PLAINTIFF** |
| v. | |
| G&K Services, Inc., a Minnesota corporation, Jane and Johns Doe 1-100; Black Corporation 1-100; White Partnership 1-100, | |
| Defendant. | |

Notice is hereby given that G&K Services, Inc. ("Defendant") has on this date served an offer of judgment under Federal Rule of Civil Procedure, Rule 68, to Plaintiff Brandy Williams ("Plaintiff"), by emailing a copy of the offer to counsel for Plaintiffs, Robert T. Mills.

RESPECTFULLY SUBMITTED this 5th day of October, 2016.

**STINSON LEONARD STREET LLP**

By: /s/ Carrie M. Francis
Carrie M. Francis
Joel E. Abrahamson
Jennifer V. Ives
Kristin Berger-Parker
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Defendant

CORE/2061828.0222/129352865.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5th, 2016, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Robert T. Mills
Sean A. Woods
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona  85014
docket@millsandwoods.com
Attorneys for Plaintiff

/s/ Linda Holder

2

CORE/2061828.0222/129352865.1