# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandy Williams,<br><br>            Plaintiff,<br><br>v.<br><br>G & K Services Incorporated, et al.,<br><br>            Defendants. | No. CV-15-01744-PHX-DJH<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed March 30, 2018, judgment is hereby entered in favor of Defendant and against Plaintiff, and this action is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

April 2, 2018

s/ L. Figueroa
By    Deputy Clerk