AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| Brandy Williams | ) | |
| | ) | |
| v. | ) | Case No.: CV-15-01744-PHX-DJH |
| G & K Services Incorporated, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___04/02/2018___ against ___Plaintiff Brandy Williams___ ,

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____215.10_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____579.50_____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .   _____2,851.10_____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____239.85_____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____0.00_____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____98.80_____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____0.00_____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____0.00_____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____0.00_____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .   _____0.00_____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____0.00_____

TOTAL   $ _____3,984.35_____

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service           ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: ___/s/ Carrie M. Francis___

Name of Attorney: ___Carrie M. Francis___

For: ___Defendant G&K Services, Inc.___       Date: ___04/16/2018___
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*                   *Deputy Clerk*           *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| | | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Work Date | Cost Type | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 9/9/2015 | Official Fees | 1.00 | 50.00 | $50.00 | Minnesota Supreme Court for Certificates of Good Standing for Joel Abrahamson and Jennifer Ives. |
| 9/11/2015 | Local Counsel | 1.00 | 70.00 | $70.00 | US District Courtfor Arizona pro hac vice application fees for Jennifer Ives and Joel Abrahamson. |
| 9/16/2015 | Local Counsel | 1.00 | 36.00 | $36.00 | U.S. District Court, Clerk of Court for Fee for Certificates of Good Standing for Joel Abrahamson and Jennifer Ives. |
| 9/29/2015 | Delivery Services | 1.00 | 30.00 | $30.00 | Delivery - courier services charges by Carrie M Francis for hand delivery to Clerk - District Court |
| 11/17/2015 | Photocopies | 205.00 | 0.06 | $12.30 | Black & white copies - 8 1/2 x 11 thru legal ,205 copies |
| 11/17/2015 | Outside Printing | 51.00 | 0.50 | $25.50 | Color copies - 8 1/2 x 11 thru legal ,51 copies |
| 4/5/2016 | Pacer | 1.00 | 0.20 | $0.20 | (Azdc) 2:15-Cv-01744-Djh Document 23-0 |
| 4/11/2016 | Pacer | 1.00 | 0.20 | $0.20 | (Azdc) 2:15-Cv-01744-Djh Document 24-0 |
| 4/11/2016 | Pacer | 1.00 | 0.30 | $0.30 | (Azdc) 2:15-Cv-01744-Djh |
| 4/25/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) 15-Cv-01744 Arizona Page: 1 Case Title: Notice |
| 4/25/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) 15-Cv-01744 Arizona Page: 1 |
| 4/25/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) Name G&Amp;K Arizona Page: 1  Nod |
| 4/25/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) Case Title Notice Of Deposition Filed On Or After 04/25/2016 Arizona Page: 1  Nod |
| 4/25/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) 15-01744 All Courts Page: 1  Nod |
| 4/25/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) Name G&Amp;K Services 15-01744 All Courts Page: 1 Nod |
| 4/25/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) Name Brandy Williams All Courts Page: 1  Nod |
| 4/25/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) 15-01744 All Courts Page: 1  Nod |
| 4/25/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) 15-01744 All Courts Page: 1 Sort: Cs_Date_Filed  Nod |
| 4/25/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) 15-01744 All Courts Page: 1  Nod |
| 4/25/2016 | Pacer | 1.00 | 0.30 | $0.30 | (Azdc) 2:15-Cv-01744-Djh Document 29-0  Nod |
| 4/26/2016 | Pacer | 1.00 | 0.30 | $0.30 | (Azdc) 2:15-Cv-01744-Djh /Notice |
| 5/4/2016 | Records | 1.00 | 198.65 | $198.65 | HealthPort for medical records on Invoice 0191998072 |
| 5/6/2016 | Subpoena Fees | 1.00 | 344.50 | $344.50 | Subpoena Fees - Service of Process to Iron Horse Legal Services, LLC for service of process (8 subpoenas) on Invoice 45427 |
| 6/2/2016 | Subpoena Fees | 1.00 | 157.60 | $157.60 | Service of Process Best Messenger Service for Service upon Records custodian for Marianne Hutchison, Psy. D., Sonoran Life Solutions |
| 6/2/2016 | Deposition Transcripts | 1.00 | 704.05 | $704.05 | Deposition - Coash & Coash for Deposition of Rachael Raskovich |
| 6/2/2016 | Deposition Transcripts | 1.00 | 295.75 | $295.75 | Deposition - Coash & Coash for Deposition of Eric McNaul |
| 6/13/2016 | Local Counsel | 1.00 | 18.00 | $18.00 | Certificate of Good Standing - U.S. District Court, Clerk of Court for Certificate of Good Standing for Kristin Berger Parker in connection with pro hac vice representation in Arizona |
| 6/13/2016 | Local Counsel | 1.00 | 35.00 | $35.00 | Pro hac vice fee to US District Court for U.S. District Court - Arizona pro hac vice registration for Kristin Berger Parker |
| 6/28/2016 | Deposition Transcripts | 1.00 | 2,182.75 | $943.00 | Deposition - Carrie Reporting LLC for Brandy Williams Deposition |
| 7/4/2016 | Subpoena Fees | 1.00 | 77.40 | $77.40 | Service of Subpeona - Best Messenger Service for Service upon Home Depot USA Inc |
| 7/8/2016 | Deposition Transcripts | 1.00 | 219.40 | $219.40 | Coash & Coash for Deposition of Jacob Briscoe |
| 7/18/2016 | Other Professionals | 1.00 | 41.20 | $41.20 | Professional Services to Home Depot for Production of Employment Records for Brandy Williams |
| 7/19/2016 | Deposition Transcripts | 1.00 | 295.90 | $295.90 | Coash & Coash for Deposition of Janelle Bonacua Francisco |
| 8/3/2016 | Pacer | 1.00 | 0.10 | $0.10 | (Azdc) 2:15-Cv-01744-Djh Document 59-1 |
| 8/3/2016 | Pacer | 1.00 | 0.20 | $0.20 | (Azdc) 2:15-Cv-01744-Djh Document 59-0 |
| 8/3/2016 | Pacer | 1.00 | 0.40 | $0.40 | (Azdc) 2:15-Cv-01744-Djh |
| 8/20/2016 | Deposition Transcripts | 1.00 | 2,978.00 | $393.00 | Deposition fee to Carrie Reporting LLC for Deposition of Caren B. Goldberg, Ph.D., Expert Witness |
| 9/9/2016 | Pacer | 1.00 | 0.10 | $0.10 | (Azdc) 2:15-Cv-01744-Djh Document 62-1 |
| 9/9/2016 | Pacer | 1.00 | 0.20 | $0.20 | (Azdc) 2:15-Cv-01744-Djh Document 62-0 |
| 9/9/2016 | Pacer | 1.00 | 0.50 | $0.50 | (Azdc) 2:15-Cv-01744-Djh |
| 9/15/2016 | Pacer | 1.00 | 0.20 | $0.20 | (Azdc) 2:15-Cv-01744-Djh Document 64-0 |
| 10/3/2016 | Delivery Services | 1.00 | 31.00 | $31.00 | Courier Services to Iron Horse Legal Services, LLC for Courier fee to deliver notebook to Judge Humetewa at U.S. District Court |

| Work Date | Cost Type | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/5/2016 | Pacer | 1.00 | 0.20 | $0.20 | (Azdc) 2:15-Cv-01744-Djh Document 69-0 |
| 10/24/2016 | Pacer | 1.00 | 1.20 | $1.20 | (Azdc) 2:15-Cv-01744-Djh Document 73-0 |
| 10/27/2016 | Pacer | 1.00 | 0.10 | $0.10 | (00Pcl) 2:15-Cv-01744 All Courts Page: 1 |
| 10/27/2016 | Pacer | 1.00 | 0.50 | $0.50 | (Azdc) 2:15-Cv-01744-Djh |
| 10/27/2016 | Pacer | 1.00 | 0.10 | $0.10 | (Azbk) 2:15-Bk-01744-Gbn Fil Or Ent: Filed From: 7/29/2016 To: 10/27/2016 Doc |
| | | | TOTAL: | $3,984.35 | |

# Stinson Leonard Street LLP

**Invoice Detail**

File No. 2061828-0222
Invoice No. 30145624

Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/14/15 | Jennifer V Ives | Review e-mail correspondence from Val Jones regarding fact chronology. | 0.10 | 36.00 |
| 12/15/15 | Jennifer V Ives | Strategy session with Val Jones regarding fact chronology, discovery, and additional information needed from G&K. | 0.40 | 144.00 |
| 12/15/15 | Valerie F Jones | Strategy conference with attorney Ives regarding production of client documents in early disclosures; setting up database for documents produced, and audio recordings of telephone conversations between Plaintiff and Rachel Siggerud; prepare instructions regarding context of audio recordings produced by plaintiff and coordinate with work product support for transcription of same; obtain estimate from Chuck Miller in litigation support for uploading documents produced to date to database. | 0.70 | 252.00 |
| 12/16/15 | Valerie F Jones | Review transcripts of audio recordings produced by Plaintiff and update sections noted as inaudible by work product support. | 1.90 | 684.00 |
| 12/17/15 | Jennifer V Ives | Review and respond to e-mail correspondence from Val Jones regarding discovery. | 0.10 | 36.00 |
| | | **Less 10% Discount** | | (871.20) |
| | | **Total Professional Services** | 24.20 | $7,840.80 |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 09/09/15 | Minnesota Supreme Court Invoice 09092015 for Fee for Certificates of Good Standing for Joel Abrahamson and Jennifer Ives. | 50.00 |
| 09/11/15 | US District Court Invoice 09112015 for Arizona pro hac vice application fees for Jennifer Ives and Joel Abrahamson. | 70.00 |
| | **Total Disbursements** | $120.00 |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Brandy Williams

Plaintiff(s)/Petitioner(s),

vs.

G&K Services, Inc., a Minnesota corporation, Jane and Johns Doe 1-100; Black Corporation 1-100; et al.

Defendant(s)/Respondent(s)

CASE NO: 2:15-cv-01744-DKD

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

### NOTICE:   $35.00 APPLICATION FEE REQUIRED!

I, Jennifer V. Ives                                        , hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Defendant G&K Services, Inc.

City and State of Principal Residence: Minneapolis, Minnesota

Firm Name: Stinson Leonard Street LLP

Address: 150 South Fifth Street                                      Suite: 2300

City: Minneapolis                         State: MN   Zip: 55402

Firm/Business Phone: ( 612 ) 335-1500

Firm Fax Phone: ( 612 ) 335-1657              E-mail Address: jennifer.ives@stinson.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| U.S. District Court, District of Minnesota | 05/21/2009 | ☑Yes | ☐No* |
| U.S. District Court, Western District of Wisconsin | 06/04/2013 | ☑Yes | ☐No* |
| Minnesota State Court | 10/31/2008 | ☑Yes | ☐No* |

* Explain:

(An Original Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor and regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9/21/15

Date

Fee Receipt # _____

Signature of Applicant

(Rev. 04/12)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Brandy Williams

**Plaintiff(s)/Petitioner(s),**

vs.

G&K Services, Inc., a Minnesota corporation, Jane and Johns Doe 1-100; Black Corporation 1-100, et al.

**Defendant(s)/Respondent(s)**

**CASE NO:** 2:15-cv-01744-DKD

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

### NOTICE:   $35.00 APPLICATION FEE REQUIRED!

I, Joel E. Abrahamson _____, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice

admission to appear and practice in this action on behalf of Defendant G&K Services, Inc. _____

City and State of Principal Residence:  St. Louis Park, Minnesota

| | |
|---|---|
| **Firm Name:** | Stinson Leonard Street LLP |
| **Address:** | 150 South Fifth Street    **Suite:** 2300 |
| **City:** | Minneapolis    **State:** MN   **Zip:** 55402 |
| **Firm/Business Phone:** | ( 612 ) 335-1500 |
| **Firm Fax Phone:** | ( 612 ) 335-1657    **E-mail Address:** joel.abrahamson@stinson.com |

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court, District of Minnesota | 02/04/1994 | ☑Yes   ☐No* |
| U.S. District Court, Western District of Wisconsin | 06/04/2013 | ☑Yes   ☐No* |
| U.S. District Court, Northern District of Illinois | 05/13/2014 | ☑Yes   ☐No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9-18-15 _____

**Date**

**Fee Receipt #** _____

_____

**Signature of Applicant**

(Rev. 04/12)



**STINSON LEONARD STREET**

CHECK NO.: ▮▮▮▮▮▮

CHECK DATE: 09-15-15

| REF. # | INVOICE # | DATE | CONTACT | MATTER | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 2077999 | 09112015 | 09-11-15 | L Heaner | 9999951-0012 | Quick Check, Pick up by Lavonne E Heaner | 70.00 |
| | | | | | | |

| G/L Number: | 130000000000000000 | Total | $70.00 |
|---|---|---|---|

---

▮ ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER • SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES ▮

**STINSON LEONARD STREET**

1201 Walnut, Suite 2500
Kansas City, MO 64106-2150

US Bank - Kansas City
Kansas City - Crown Center

CHECK NUMBER  ▮▮▮▮▮▮

| DATE | AMOUNT |
|---|---|
| 09-15-15 | $70.00** |

PAY   SEVENTY AND 00/100 Dollars

STINSON LEONARD STREET
TWO SIGNATURES REQUIRED IF AMOUNT
IS OVER $2,000.00

TO THE
ORDER
OF

US District Court For District of Arizona

AZ

AUTHORIZED SIGNATURE

**Stinson Leonard Street LLP**

**Invoice Detail**

File No. 2061828-0222

Page 3

Invoice No. 30128659

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/22/15 | Jennifer V Ives | Review documents and information provided by Kim Beck regarding Brandy Williams; e-mail correspondence with Kim Beck and Ruth Timm regarding same. | 0.30 | 105.00 |
| 09/24/15 | Jennifer V Ives | Review order granting pro hac vice application. | 0.10 | 35.00 |
| 09/25/15 | Jennifer V Ives | Review court notice regarding magistrate judge election. | 0.10 | 35.00 |
| 09/28/15 | Jennifer V Ives | Review pro hac vice registration requirements. | 0.10 | 35.00 |
| 09/29/15 | Carrie Francis | Finalize Corporate Disclosure and magistrate de-selection with Jennifer Ives | 0.40 | 160.00 |
| 09/29/15 | Jennifer V Ives | Prepare Corporate Disclosure Statement; prepare election for District Judge; prepare Answer; e-mail correspondence with Ruth Timm regarding Answer. | 3.30 | 1,155.00 |
| 09/30/15 | Carrie Francis | Review draft Answer and finalize same for filing | 0.60 | 240.00 |
| 09/30/15 | Jennifer V Ives | Review and respond to e-mail correspondence from Ruth Timm regarding revisions to Answer; revise Answer and prepare for filing. | 0.50 | 175.00 |
| | | **Less 10% Discount** | | **(387.25)** |
| | | **Total Professional Services** | **10.60** | **$3,485.25** |

| | **Disbursements** | | |
|------|-------------|---|--------|
| Date | Description | | Amount |
| 09/16/15 | U.S. District Court, Clerk of Court Invoice 91615 for Fee for Certificates of Good Standing for Joel Abrahamson and Jennifer Ives. | | 36.00 |
| | **Total Disbursements** | | **$36.00** |

# FEDERAL COURT FEES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

www.mnd.uscourts.gov

Effective November 1, 2012, attorneys will be required to use Pay.gov for payment of *pro hac vice* motion fees ($100 per case) and the civil appeal fee ($505). As of that date, you will no longer be able to bypass the Pay.gov screens in CM/ECF. The fee must be paid electronically through Pay.gov when filing the motion for admission pro hac vice or the notice of appeal. For more information or assistance, please contact the CM/ECF helpdesk at ecfhelpdesk@mnd.uscourts.gov or at (612) 664-5155 or (866) 325-4975.

CIVIL COURT

| | |
|---|---|
| Admission to practice | 200.00 |
| Appeal from magistrate to judge | 5.00 |
| Appeal to district judge by magistrate in misdemeanor case | 37.00 |
| Appeal to Court of Appeals, Eighth Circuit | 505.00 |
| Archives file retrieval | 64.00 |
| Certificate of good standing | 18.00 |
| Duplicate attorney admissions certificate | 15.00 |
| Certification of document (plus cost of copies at .50 per page) | 11.00 |
| Certification of judgment (plus cost of copies at .50 per page) | 11.00 |
| Civil case, new complaint | 400.00 |
| Copies (includes microfiche copies) | .50 |
| Exemplification certificate (plus cost of copies at .50 per page) | 21.00 |
| Habeas corpus petition, new case | 5.00 |
| Microfiche copies | 6.00 |
| Miscellaneous case filing fee (filing any document that is unrelated to a pending case or proceeding) | 46.00 |
| NSF check charge | 53.00 |
| Original, comparing with copy, per page (plus $11.00 if certified) | 2.00 |
| Pro hac vice, per case (per motion) | 100.00 |
| Search, per name (includes certification charge) | 30.00 |
| Tape reproduction of court proceeding (audio or video) | 30.00 |
| Transcript of judgment lien docket, includes certification | 11.50 |

Witness/jury compensation

| | |
|---|---|
| Attendance, per day for jurors and witnesses | 40.00 |
| Mileage, per mile for jurors and witnesses | federal rate |

Subsistence, per day

| | |
|---|---|
| Dakota County (10/1/14–9/30/15) | 155.00 |
| Duluth | |
| 10/1/14–6/30/15 | 153.00 |
| 7/1/15–8/31/15 | 181.00 |
| 9/1/15–9/30/15 | 153.00 |
| Fergus Falls (10/1/14–9/30/15) | 129.00 |
| Minneapolis/St. Paul (10/1/14–9/30/15) | 206.00 |
| Rochester (10/1/14–9/30/15) | 173.00 |
| All other areas of the state (10/1/14–9/30/15) | 129.00 |
| Electronic access to court data, per page | .10 |
| 30-page billing limit per document, except transcripts (no page limit) | 3.00 |
| Must establish a U.S. Courts PACER account | (800) 676-6856 |

www.pacer.psc.uscourts.gov

MN-2015

393

Best Messenger Service

P.O. Box 1029
Phoenix, AZ 85001

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/4/2015 | 091506 |

**Bill To**

STINSON LEONARD STREET LLP
1850 N. CENTRAL, #2100
PHOENIX, AZ  85003

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | 0810975-0042 RECORDS SEARCH (TINA) | 30.00 | 30.00 |
| 1 | 0810975-0042 ADVANCE (TINA) | 28.00 | 28.00 |
| 1 | 0810975-0042 ADVANCE FEE (TINA) | 2.80 | 2.80 |
| 1 | 2061828-0222 DELIVERY TO DISTRICT COURT (KRIS) | 30.00 | 30.00 |
| 1 | 3007270-0002 ROUND TRIP COURT SPECIAL (TINA) | 46.00 | 46.00 |
| 1 | 3007270-0002 ADVANCE | 27.00 | 27.00 |
| 1 | 3007270-0002 ADVANCE FEE | 2.70 | 2.70 |
| 1 | 0810975-0042 DELIVERY TO COMM. MORROW (TINA) | 23.00 | 23.00 |
| 1 | 3006793-0002 RECORDS SEARCH (TINA) | 45.00 | 45.00 |
| 1 | 3006793-0002 ADVANCE (TINA) | 29.00 | 29.00 |
| 1 | 3006793-0002 ADVANCE FEE (TINA) | 2.90 | 2.90 |
| 1 | 0810975-0033 DELIVERY TO WILLIAM DEMLONG (SHARON) | 29.00 | 29.00 |
| 1 | 999760-0350 P/U EXHIBITS 2 TRIPS (KATHLEEN) | 46.00 | 46.00 |
| 1 | MAIL P/U | 150.00 | 150.00 |
| 1 | 3006793-0002 ADVANCE (TINA) | 108.00 | 108.00 |
| 1 | 3006793-0002 ADVANCE FEE (TINA) | 10.80 | 10.80 |
| 1 | 3006793-0002 SERVICE UPON TW 2015 (TINA) | 42.80 | 42.80 |
| 1 | 3006793-0002 SERVICE UPON TRUCK WORKS (TINA) | 42.80 | 42.80 |
| 1 | 3006793-0002 SERVICE UPON THOMPSON CAPITAL PARTNERS (TINA) | 42.80 | 42.80 |
| 1 | 3006793-0002 SERVICE ATTEMPT UPON MICHAEL THOMPSON (TINA) | 88.40 | 88.40 |

| **Total** | $827.00 |
|-----------|---------|

Billed Recap Of Cost Detail - [Invoice: 30141793 Date: 12/ 08/ 2015] - [2061828-0222 - Brandy Williams Litigation]
Client:2061828 - G&K Services, Inc

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | | 9350449 |
| 11/17/2015 | 01350 | Nancy Sirany | 01c | 205.00 | 0.06 | 12.30 | Black & white copies - 8 1/2 x 11 thru legal | |
| 12/08/2015 | | Invoice=30141793 | | 205.00 | 0.06 | 12.30 | 205 copies by Sirany, Nancy | |
| | | | | | | | | 9350450 |
| 11/17/2015 | 01350 | Nancy Sirany | 06c | 51.00 | 0.50 | 25.50 | Color copies - 8 1/2 x 11 thru legal ,51 copies | |
| 12/08/2015 | | Invoice=30141793 | | 51.00 | 0.50 | 25.50 | by Sirany, Nancy | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 37.80 | 2 records | |
| | | BILLED TOTALS:    BILL: | | | | 37.80 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 37.80 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 37.80 | | |

## Invoice Detail Backup

**Monthly Services - Period Ending 04/30/2016**

**Account No.**     2061828.0222

**Account Name:**  Brandy Williams Litigation

**Invoice No.**     40006842

| Date | Requested By | Quantity | Rate | Amount |
|------|--------------|----------|------|--------|
| *Pacer | | | | |
| 4/26/2016 | Santana, Mary Ellen | 1.00 | $0.30 | $0.30 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.30 | $0.30 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.10 | $0.10 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.10 | $0.10 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.10 | $0.10 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.10 | $0.10 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.10 | $0.10 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.10 | $0.10 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.10 | $0.10 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.10 | $0.10 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.10 | $0.10 |
| 4/25/2016 | McClendon, Sharon A | 1.00 | $0.10 | $0.10 |
| 4/11/2016 | Holder, Linda D | 1.00 | $0.30 | $0.30 |
| 4/11/2016 | Holder, Linda D | 1.00 | $0.20 | $0.20 |
| 4/5/2016 | Holder, Linda D | 1.00 | $0.20 | $0.20 |
| | | **Total** | | $2.30 |

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000



# HealthPort.
## INVOICE

Invoice #: **0191998072**
Date:      **5/4/2016**
Customer #: 1800583

| Ship to: |
| KRISTIN BERGER PARKER |
| STINSON LEONARD STREET |
| 150 S 5TH ST |
| STE 2300 |
| MINNEAPOLIS, MN 55402-4223 |

| Bill to: |
| KRISTIN BERGER PARKER |
| STINSON LEONARD STREET |
| 150 S 5TH ST |
| STE 2300 |
| MINNEAPOLIS, MN 55402-4223 |

| Records from: |
| MAYO CLINIC |
| 13400 E SHEA BLVD |
| SCOTTSDALE, AZ 85259 |

**Requested By:** STINSON LEONARD STREET
**Patient Name:** WILLIAMS BRANDY

**DOB:**      062881

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 87.50 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 334 | 0.25 | 83.50 |
| Shipping | | | 13.32 |
| Subtotal | | | 184.32 |
| Sales Tax | | | 14.33 |
| Invoice Total | | | 198.65 |
| Balance Due | | | 198.65 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days

**Please remit this amount : $ 198.65 (USD)**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: **0191998072** |
| --- |
| Check # _____ |
| Payment Amount $_____ |

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.



1830 S. Alma School Rd., Ste. 104
Mesa, AZ 85210
(480) 355-4292

Tax ID# 27-2275

**Legal Services, LLC**

May 06, 2016

Invoice submitted to:
Stinson Leonard Street LLP
1850 N. Central Avenue, Suite
Phoenix, AZ 85004

File No.        16017-0019

In Reference To:      File#: 2061828-0222
                      Case #: 15-cv-01744
                      Case Name: Brandy Williams v. G&K Services, Inc.
                      Requested by: Debbie Messing

Invoice #              45427
                      Additional Charges :

|  | Amount |
|---|---|
| 4/26/2016 Service of Process on Janeen DeMarte, Ph.D at 300 W. Clarendon Avenue, Suite 470, Phoenix, AZ 85013 (Serv.Aff) Requested by Debbie Messing | $32.00 |
| Service of Process on Joseph Brooks, M.D. at 300 W. Clarendon Avenue, Suite 100, Phoenix, AZ 85013 (Serv. Aff, Mile) Requested by Debbie Messing | $48.00 |
| 4/27/2016 Service of Process on Anthony P. Mendez, Mayo Clinic at 13208 E. Shea Blvd., Scottsdale, AZ 85259 (Serv. Aff) Requested by Debbie Messing | $32.00 |
| Service of Process on Chris King, M.D., Mayo Clinic at 13208 E. Shea Blvd., Scottsdale, AZ 85259 (Serv. Aff) Requested by Debbie Messing | $32.00 |
| Service of Process on Linda Pachuta, R.N., C.N.P., Mayo Clinic at 13208 E. Shea Blvd., Scottsdale, AZ 85259 (Serv. Aff) Requested by Debbie Messing | $32.00 |
| Service of Process on Susan Wichens M.C., Mayo Clinic at 13208 E. Shea Blvd., Scottsdale, AZ 85259 (Serv. Aff) Requested by Debbie Messing | $32.00 |
| Service of Process on W. Leroy Griffing, M.D., Mayo Clinic at 13208 E. Shea Blvd., Scottsdale, AZ 85259 (Serv. Aff) Requested by Debbie Messing | $32.00 |

Stinson Leonard Street LLP

Page     2

| | Amount |
|---|---|
| 4/27/2016 Service of Process on Thomas H. Nagel, M.D. at 13208 E. Shea Blvd., Scottsdale, AZ  85259 (Serv.Aff, Mile) Requested by Debbie Messing | $104.50 |
| Total additional charges | $344.50 |

Best Messenger Service

P.O. Box 1029
Phoenix, AZ 85001

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/2/2016 | 051645 |

| Bill To |
|---------|
| STINSON LEONARD STREET LLP<br>1850 N. CENTRAL, #2100<br>PHOENIX, AZ 85003 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | 0810975-0057 COURT SPECIAL (LINDA) | 68.00 | 68.00 |
| 1 | 0810975-0044 ADVANCE ISSUE FEE (LINDA) | 27.00 | 27.00 |
| 1 | 0810975-0044 ADVANCE FEE | 2.70 | 2.70 |
| 1 | FIRM P/U FROM CHASE FIELD (KRIS) | 20.00 | 20.00 |
| 1 | 08010975-0044 SCOTTSDALE CITY COURT RECORDS SEARCH (TWO TRIPS REQUIRED) (LINDA) | 76.00 | 76.00 |
| 1 | 08010975-0044 ADVANCE | 39.00 | 39.00 |
| 1 | 08010975-0044 ADVANCE FEE | 3.90 | 3.90 |
| 1 | 3006793-0002 COURT SPECIAL (LINDA) | 23.00 | 23.00 |
| 1 | 0810975-0044 RECORDS SEARCH (LINDA) | 45.00 | 45.00 |
| 1 | 0810975-0044 ADVANCE (LINDA) | 27.00 | 27.00 |
| 1 | 0810975-0044 ADVANCE FEE (LINDA) | 2.70 | 2.70 |
| 1 | 3000264-0005 COURT SPECIAL (LINDA) | 66.50 | 66.50 |
| 1 | MAIL P/U | 150.00 | 150.00 |
| 1 | 2061828-0222 SERVICE UPON MARIANNE HUTCHISON (LINDA) | 157.60 | 157.60 |
| 1 | 3006793-002 SERVICE UPON TW 2015, INC. (LINDA) | 26.00 | 26.00 |
| 1 | 3006793-002 SERVICE UPON PENNY DICKINSON (LINDA) | 26.00 | 26.00 |
| 1 | 3006793-002 SERVICE UPON COLIN DICKINSON (LINDA) | 124.40 | 124.40 |

| **Total** | **$884.80** |
|-----------|-------------|

# INVOICE



602.258.1440
f.602.258.2062
www.coashandcoash.com

1802 N. 7th Street
Phoenix, AZ 85006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105844 | 6/2/2016 | 1035191 |
| Job Date | Case No. | |
| 5/11/2016 | 2:15-CV-01744-DJH | |
| Case Name | | |
| Brandy Williams vs. G & K Services, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Kristin Parker
Stinson Leonard Street LLP
150 S. 5th Street, Suite 2300
Minneapolis MN  55402

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Rachael Siggerud Raskovich | 217.00 | Pages | 618.45 |
| Exhibit | 202.00 | Pages | 60.60 |
| Adobe PDF Bundle | | | 25.00 |
| | | **TOTAL DUE >>>** | **$704.05** |

We now accept Visa or MasterCard payments with a 4% convenience fee.

Tax ID: 86-0409007

Phone: 612-335-1770   Fax:

*Please detach bottom portion and return with payment.*

Kristin Parker
Stinson Leonard Street LLP
150 S. 5th Street, Suite 2300
Minneapolis MN  55402

| | | |
|---|---|---|
| Invoice No. | : | 105844 |
| Invoice Date | : | 6/2/2016 |
| **Total Due** | : | **$704.05** |

Remit To:   **Coash & Coash, Inc.**
**1802 N. 7th Street**
**Phoenix AZ  85006**

| | | |
|---|---|---|
| Job No. | : | 1035191 |
| BU ID | : | COT-DEP |
| Case No. | : | 2:15-01744-DJH |
| Case Name | : | Brandy Williams vs. G & K Services, Inc. |

# INVOICE



602.258.1440
f.602.258.2062
www.coashandcoash.com

1802 N. 7th Street
Phoenix, AZ 85006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105846 | 6/2/2016 | 1035365 |
| Job Date | Case No. | |
| 5/12/2016 | 2:15-CV-01744-DJH | |
| Case Name | | |
| Brandy Williams vs. G & K Services, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Kristin Parker
Stinson Leonard Street LLP
150 S. 5th Street, Suite 2300
Minneapolis MN  55402

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|    Eric McNaul | 95.00 Pages | | 270.75 |
|      Adobe PDF Bundle | | | 25.00 |
| | **TOTAL DUE  >>>** | | **$295.75** |

We now accept Visa or MasterCard payments with a 4% convenience fee.

Tax ID: 86-0409007

Phone: 612-335-1770   Fax:

*Please detach bottom portion and return with payment.*

Kristin Parker
Stinson Leonard Street LLP
150 S. 5th Street, Suite 2300
Minneapolis MN  55402

| | | |
|---|---|---|
| Invoice No. | : | 105846 |
| Invoice Date | : | 6/2/2016 |
| **Total Due** | : | **$295.75** |

Remit To:   **Coash & Coash, Inc.**
        **1802 N. 7th Street**
        **Phoenix AZ  85006**

| | | |
|---|---|---|
| Job No. | : | 1035365 |
| BU ID | : | OOT-DEP |
| Case No. | : | 2:15-CV-01744-DJH |
| Case Name | : | Brandy Williams vs. G & K Services, Inc. |

| | _____ FILED _____ LODGED |
|---|---|
| | _____ RECEIVED _____ COPY |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

JUN 1 5 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E. DEPUTY

Brandy Williams,

      **Plaintiff(s)/Petitioner(s),**

vs.

G&K Services, Inc., a Minnesota corporation; Jane and Johns Doe 1-100; Black Corporation 1-100; et al.,

      **Defendant(s)/Respondent(s)**

CASE NO: 2:15-cv-01744-DKD

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

**NOTICE:  $35.00 APPLICATION FEE REQUIRED!**

I, Kristin Berger Parker _____, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Defendant G&K Services, Inc. _____.

City and State of Principal Residence:  Minneapolis, Minnesota

| | | | |
|---|---|---|---|
| **Firm Name:** | Stinson Leonard Street LLP | | |
| **Address:** | 150 South Fifth Street | **Suite:** | 2300 |
| **City:** | Minneapolis | **State:** MN | **Zip:** 55402 |
| **Firm/Business Phone:** | ( 612 ) 335-1500 | | |
| **Firm Fax Phone:** | ( 612 ) 335-1657 | **E-mail Address:** | kristin.parker@stinson.com |

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| U.S. District Court, District of Minnesota | 12/16/2009 | ☑Yes | ☐No* |
| U.S. District Court, Eastern District of Wisconsin | 03/04/2013 | ☑Yes | ☐No* |
| Eighth Circuit Court of Appeals | 04/27/2009 | ☑Yes | ☐No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ☑ No

Have you ever been disbarred from practice in any Court?  ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

| June 14, 2016 | K. Parker |
|---|---|
| **Date** | **Signature of Applicant** |

**Fee Receipt #** _PHAZ13007_

(Rev. 04/12)



**STINSON
LEONARD
STREET**

Kristin Berger Parker
612.335.1770 **DIRECT**
Kristin.parker@stinsonleonard.com

June 14, 2016

Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

Re:   Certificate of Good Standing

Dear Sir/Madam:

I am writing to request a Certificate of Good Standing, my attorney number is 389249.  Enclosed is a check in the amount of $18.00 for the fee.

Thank you.

Sincerely,

Stinson Leonard Street LLP

Kristin Berger Parker

KBP/mscc
Enclosure

# CARRIE REPORTING, LLC

4032 N. Miller Road
Suite A100
Scottsdale, AZ  85251
Office  480-429-7573
Fax     480-429-0033

# INVOICE

Invoice Number:  CS4200
Invoice Date:        6/28/16
Tax ID 26-0715268
Certified Court Reporter #50355
Registered Reporting Firm R1064

**BILL TO:**

Carrie Francis, Esq.
Stinson Leonard Street
1850 N. Central Ave.
Suite 2100
Phoenix, AZ  85004

**CAPTION:**

Williams v. G&K Services
15-cv-01744-PHX-DDD

**SCHEDULED:**  6/14/16

**REPORTER:** Carrie Cariati

| DESCRIPTION | AMOUNT |
|---|---:|
| Rough Draft | 427.50 |
| ~~Deposition Transcript of Brandy Lane Williams, 285 Pages - O/1 Videotaped~~ | ~~1,239.75~~ |
| Exhibits - scanned | 10.50 |
| Transcript in PDF format | 25.00 |
| Reporting Services | 450.00 |
| Delivery (original transcript after reading and signing completed) | 20.00 |
| Binding and Handling (per printed transcript) | 10.00 |

CERTIFICATION

All aspects of this invoice and other business terms comply with the ethical obligations set forth in Arizona Code
of Judicial Administration Sections (J)(1)(g)(3) through (6).

**We accept:** 

Terms:  Payable upon receipt.  Please write the invoice number of your payment.

**TOTAL   $ ~~2,182.75~~**

$943.00

*Thank you for choosing Carrie Reporting, LLC.*

Best Messenger Service

P.O. Box 1029
Phoenix, AZ 85001

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/4/2016 | 061625 |

| Bill To |
|---------|
| STINSON LEONARD STREET LLP |
| 1850 N. CENTRAL, #2100 |
| PHOENIX, AZ  85003 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | JONATHAN HIGHOLT RECORDS SEARCH (LINDA) | 45.00 | 45.00 |
| 1 | JONATHAN HIGHOLT ADVANCE (LINDA) | 31.50 | 31.50 |
| 1 | JONATHAN HIGHOLT ADVANCE FEE (LINDA) | 3.15 | 3.15 |
| 1 | CHARITY-MCM DELIVERY TO RICHARD WOODS (KATHLEEN) | 23.00 | 23.00 |
| 1 | 3001255.0004 DELIVERY TO JOHN CORK (LINDA) | 48.00 | 48.00 |
| 1 | CLIENT DEVELOPMENT P/U FROM TALKING STICK (KATHLEEN) | 19.00 | 19.00 |
| 1 | 3008510-0002 P/U FROM MCSO (KATHLEEN) | 20.00 | 20.00 |
| 1 | MAIL P/U | 150.00 | 150.00 |
| 1 | 2061828.0222 SERVICE UPON HOME DEPOT (LINDA) | 77.40 | 77.40 |
| 1 | 0810975-0044 SERVICE ATTEMPT UPON RYAN & ASSOCIATES (LINDA) | 75.00 | 75.00 |

| | Total | $492.05 |
|--|-------|---------|

# INVOICE



**Coash & Coash**
PHOENIX DEPOSITION REPORTERS®

602.258.1440
f.602.258.2062
www.coashandcoash.com

1802 N. 7th Street
Phoenix, AZ 85006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106315 | 7/8/2016 | 1035845 |
| **Job Date** | **Case No.** | |
| 6/22/2016 | 2:15-CV-01744-DJH | |
| **Case Name** | | |
| Brandy Williams vs. G & K Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristin Berger Parker
Stinson Leonard Street
1850 N. Central Avenue
Suite #2100
Phoenix AZ  85004-1047

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| Jacob Samuel Briscoe | 64.00 | Pages | 192.00 |
| Exhibit | 8.00 | Pages | 2.40 |
| Adobe PDF Bundle | | | 25.00 |
| | | **TOTAL DUE >>>** | **$219.40** |

We now accept Visa or MasterCard payments with a 4% convenience fee.

**Tax ID:** 860409007

Phone: 602-279-1600   Fax:

*Please detach bottom portion and return with payment.*

Kristin Berger Parker
Stinson Leonard Street
1850 N. Central Avenue
Suite #2100
Phoenix AZ  85004-1047

| | | |
|---|---|---|
| Invoice No. | : | 106315 |
| Invoice Date | : | 7/8/2016 |
| **Total Due** | : | **$219.40** |

Remit To:  **Coash & Coash, Inc.**
**1802 N. 7th Street**
**Phoenix AZ  85006**

| | | |
|---|---|---|
| Job No. | : | 1035845 |
| BU ID | : | PHX-DEP |
| Case No. | : | 2:15-CV-01744-DJH |
| Case Name | : | Brandy Williams vs. G & K Services, Inc. |



**2455 Paces Ferry Rd · Atlanta, GA 30339**

VIA UPS NEXT DAY AIR
1ZA0261W0193269167

July 18, 2016

Stinson Leonard Street LLP
1850 North Central Avenue Suite 2100
Phoenix,, AZ 85004-4584

RE: WILLIAMS,BRANDY
SSN#: XXX-XX-0940 / AID#: 129989786
ARC REF. NO: 20982172
Civil Action No.2:15-cv-01744-DH

To Whom It May Concern: ☐

We acknowledge receipt of your request for copies of the above referenced records.   Charges for copies of the request are as follows:

| | |
|---|---|
| Standard Flat Fee: | $25.00 |
| Standard Notary Fee: | $0.00 |
| Shipping/Common Carrier/UPS: | $15.00 |
| Page Count Charge   (Count: 12) | $1.20 |
| Extra Copy Charge | $0.00 |
| **TOTAL CHARGES** | **$41.20** |
| Less Paid Amount: | |
| **ADJUSTED BALANCE DUE:** | **$41.20** |

Please make your check payable to and mail to:

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD
ATLANTA, GA. 30339
**ATTN: PAYROLL DEPT/B-9/SUBPOENA-RECORDS TEAM**

**(Please include with your check a copy of this invoice OR the employee name and ARC REF number on the check stub. The Home Depot's Federal Tax ID # is 58-1853319.)**

# INVOICE



602.258.1440
f.602.258.2062
www.coashandcoash.com
1802 N. 7th Street
Phoenix, AZ 85006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106367 | 7/19/2016 | 1035944 |
| **Job Date** | **Case No.** | |
| 6/30/2016 | 2:15-CV-01744-DJH | |
| **Case Name** | | |
| Brandy Williams vs. G & K Services, Inc. | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Kristin Berger Parker
Stinson Leonard Street
1850 N. Central Avenue
Suite #2100
Phoenix AZ  85004-1047

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| Janelle Bonacua Francisco | 80.00 | Pages | 240.00 |
| Exhibit | 103.00 | Pages | 30.90 |
| Adobe PDF Bundle | | | 25.00 |
| | | **TOTAL DUE  >>>** | **$295.90** |

We now accept Visa or MasterCard payments with a 4% convenience fee.

**Tax ID:** 860409007

Phone: 602-279-1600   Fax:

---

*Please detach bottom portion and return with payment.*

Kristin Berger Parker
Stinson Leonard Street
1850 N. Central Avenue
Suite #2100
Phoenix AZ  85004-1047

| | | |
|---|---|---|
| Invoice No. | : | 106367 |
| Invoice Date | : | 7/19/2016 |
| **Total Due** | : | **$295.90** |

Remit To:   **Coash & Coash, Inc.**
**1802 N. 7th Street**
**Phoenix AZ  85006**

| | | |
|---|---|---|
| Job No. | : | 1035944 |
| BU ID | : | PHX-DEP |
| Case No. | : | 2:15-CV-01744-DJH |
| Case Name | : | Brandy Williams vs. G & K Services, Inc. |

## Invoice Detail Backup

**Monthly Services - Period Ending 08/31/2016**

**Account No.**      2061828.0222

**Account Name:** Brandy Williams Litigation

**Invoice No.**      40031011

| Date | Requested By | Quantity | Rate | Amount |
|------|--------------|----------|------|--------|
| *Pacer | | | | |
| 8/3/2016 | Holder, Linda D | 1.00 | $0.40 | $0.40 |
| 8/3/2016 | Holder, Linda D | 1.00 | $0.20 | $0.20 |
| 8/3/2016 | Holder, Linda D | 1.00 | $0.10 | $0.10 |
| | | **Total** | | $0.70 |

# CARRIE REPORTING, LLC

2415 East Camelback Road
Suite 700
Phoenix, AZ 85016
Office   480-429-7573
Fax      602-277-5576

# INVOICE

Invoice Number:     CR4533
Invoice Date:        8/20/2016
Tax ID   26-0715268
Certified Court Reporter #50355
Registered Reporting Firm R1064

**BILL TO:**

Stinson Leonard Street, LLP
Carrie M. Francis, Esq.
1850 North Central Avenue
Suite 2100
Phoenix, Arizona 85004

**CAPTION:**

Williams vs. G&K Services, et al.
15-cv-01744-PHX-DDD

**SCHEDULED:**  8/3/2016          **REPORTER:** Mary Ann Payonk          JOB #   CR1008-W

| DESCRIPTION | AMOUNT |
|---|---|
| Videotaped Deposition Transcript of Caren B. Goldberg, Ph.D. - expert witness, 231 pages - O/1 | 924.00 |
| Reporting Services | 312.50 |
| Exhibits - scanned | 25.50 |
| E-Transcript | 25.00 |
| Binding and Processing | 10.00 |
| FedEx Delivery of original transcript | 20.00 |
| Videotaping Services | 715.00 |
| Videoconferencing (including room rental) | 946.00 |

CERTIFICATION

All aspects of this invoice and other business terms comply with the ethical obligations set forth in Arizona Code of
Judicial Administration Sections (J)(1)(g)(3) through (6).

Please write the invoice number of your payment

**TOTAL $2,978.00**
$393.00
Net 30 days

*Thank you for choosing Carrie Reporting, LLC*

## Invoice Detail Backup

**Monthly Services - Period Ending 09/30/2016**

**Account No.**      2061828.0222

**Account Name:** Brandy Williams Litigation

**Invoice No.**      40035459

| Date | Requested By | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| *Pacer | | | | |
| 9/15/2016 | Holder, Linda D | 1.00 | $0.20 | $0.20 |
| 9/9/2016 | Holder, Linda D | 1.00 | $0.50 | $0.50 |
| 9/9/2016 | Holder, Linda D | 1.00 | $0.20 | $0.20 |
| 9/9/2016 | Holder, Linda D | 1.00 | $0.10 | $0.10 |
| | | **Total** | | $1.00 |



1830 S. Alma School Rd., Ste. 104
Mesa, AZ 85210
(480) 355-4292
Tax ID# 27-2275

**Iron Horse**
**Legal Services, LLC**

October 03, 2016

Invoice submitted to:
Stinson Leonard Street LLP
1850 N. Central Avenue, Suite
Phoenix, AZ 85004

File No. 16017-0063

In Reference To:   Case #: 15-CV-01744-PHX-DJF

Invoice #            46888

Additional Charges :

| | | Amount |
|---|---|---|
| 9/26/2016 | Courier fee to deliver notebook to Judge Humetewa at US District Court Requested by Linda Holder | $14.00 |
| | Rush courier fee to deliver package to Judge Humetwa at US District Court Requested by Linda Holder | $17.00 |
| | Total additional charges | $31.00 |

## Invoice Detail Backup

**Monthly Services - Period Ending 10/31/2016**

**Account No.**     2061828.0222

**Account Name:** Brandy Williams Litigation

**Invoice No.**     40039974

| Date | Requested By | Quantity | Rate | Amount |
|------|--------------|----------|------|--------|
| *Pacer | | | | |
| 10/27/2016 | Holder, Linda D | 1.00 | $0.10 | $0.10 |
| 10/27/2016 | Holder, Linda D | 1.00 | $0.50 | $0.50 |
| 10/27/2016 | Holder, Linda D | 1.00 | $0.10 | $0.10 |
| 10/24/2016 | Holder, Linda D | 1.00 | $1.20 | $1.20 |
| 10/5/2016 | Holder, Linda D | 1.00 | $0.20 | $0.20 |
| | | **Total** | | $2.10 |